1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   SAMANTHA JAFFE
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
   Facsimile:  (510) 637-3507
6  Email:       Samantha_Jaffe@fd.org
7
8  Counsel for Defendant LAWRENCE
9

10                IN THE UNITED STATES DISTRICT COURT
11               FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,           Case No.: 4:24-mj-70942-MAG

15           Plaintiff,                 **STIPULATION AND ORDER TO CONTINUE STATUS RE PRELIMINARY HEARING AND EXCLUDE TIME**

16        v.

17  DARRYL LAWRENCE,                    Court:         Courtroom 4, 3rd Floor
                                        Hearing Date:  July 8, 2024
18           Defendant.                 Hearing Time:  10:30 a.m.

19
20       Mr. Lawrence is set for a status regarding preliminary hearing on July 8, 2024. The parties are
21  jointly stipulating that that date be continued to August 8, 2024, at 10:30 a.m. and stipulate that time
22  should be excluded under both Rule 5.1 and the Speedy Trial Act.
         Initial discovery was produced on June 28, 2024. Defense counsel requested additional
23  discovery on July 2, 2024. Defense counsel needs additional time to review the initial discovery,
24  review it with Mr. Lawrence, receive the additional discovery requested, and discuss possible
25  resolution with the United States.
26       Accordingly, the parties jointly request that this Court continue the status set for July 8, 2024,
27  to August 8, 2024. The additional time will allow defense counsel to review discovery, and review
28

STIPULATION TO CONTINUE STATUS
*LAWRENCE*, 4:24-mj-70942-MAG

that discovery with Mr. Lawrence. This will also allow continued negotiations to take place.

The parties stipulate and agree that the ends of justice served by continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties agree also that the failure to grant this continuance would deny counsel for Mr. Lawrence the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time between July 8, 2024 and August 8, 2024, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), along with Rule 5.1, for effective preparation of defense counsel, taking into account the exercise of due diligence.

Dated:   July 5, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
SAMANTHA JAFFE
Assistant Federal Public Defender

Dated:   July 5, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S/
JONAH ROSS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:24-mj-70942-MAG |
| Plaintiff, | **ORDER TO CONTINUE STATUS AND EXCLUDE TIME** |
| v. | |
| DARRYL LAWRENCE, | |
| Defendant. | |

Based on the agreement of the parties in the stipulation above, the status hearing regarding preliminary hearing and arraignment presently set for July 8, 2024, at 10:30 a.m., is vacated. This matter is reset to August 8, 2024, at 10:30 a.m. Time is excluded for the reasons specified by the parties.

IT IS SO ORDERED.

Dated:  July 5, 2024

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

THE HON. DONNA M. RYU
Chief United States Magistrate Judge